EEOC Form 5 (11/09)

**Exhibit A**

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974.  See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>470-2020-00271 |
|---|---|---|

**INDIANA CIVIL RIGHTS COMMISSION** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.)<br>MR. WESLEY A TEDROW | Home Phone<br>(317) 893-4303 | Year of Birth |
|---|---|---|
| Street Address<br>286 MELROSE LANE, | City, State and ZIP Code<br>GREENWOOD, IN 46142 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others.  (*If more than two, list under PARTICULARS below.*)

| Name<br>ARLINGTON ELEMENTARY SCHOOL | No. Employees, Members<br>15 - 100 | Phone No.<br>(317) 782-4274 |
|---|---|---|
| Street Address<br>5814 S ARLINGTON AVE, | City, State and ZIP Code<br>INDIANAPOLIS, IN 46237 | |

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| Street Address | City, State and ZIP Code | |

| DISCRIMINATION BASED ON (*Check appropriate box(es).*)<br>☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN<br>☒ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION<br>☐ OTHER (*Specify*) | DATE(S) DISCRIMINATION TOOK PLACE<br>Earliest: 01-01-2018   Latest: 10-04-2019<br>☐ CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE (*If additional paper is needed, attach extra sheet(s)):*

I, WESLEY TEDROW, STARTED WORKING FOR THE FRANKLIN TOWNSHIP SCHOOL CORPORATION ON OR ABOUT JULY 2012 AND BY JUNE OR JULY OF 2015 I STARTED WORKING AT THE ARLINGTON ELEMENTARY SCHOOL (AES) AS A 3RD GRADE TEACHER. RECENTLY I WAS TEACHING THE 4TH GRADE CLASS AND MY MOST RECENT SUPERVISOR WAS MELISSA MORRIS. THE MAIN DUTIES OF MY JOB WERE (BUT NOT LIMITED TO): TEACH CURRICULUM, COLLABORATE WITH COLLEAGUES ON PLANNING INSTRUCTIONS FOR THE STUDENTS.
DURING MY TIME WORKING FOR AES THERE WERE ALWAYS WAY MORE FEMALE TEACHERS THAN MALES, AND THE TREATMENT GIVEN TO THE FEMALE TEACHERS WAS ALWAYS NOTICEABLY BETTER.
AROUND OCTOBER OR NOVEMBER OF 2017, I REQUESTED 6 WEEKS FMLA FOR TREATMENT OF MENTAL DISABILITY. AFTER COMING BACK FROM FMLA, I WAS TOLD THAT I HAD PERFORMANCE ISSUES AND THAT THE SCHOOL COWORKERS HAD CONCERNS ABOUT ME, THAT I WAS AN INTIMIDATING MUSCULAR MALE. I WAS REQUESTED TO GO FOR A SCHOOL PROVIDED MEDICAL EVALUATION, AND EVEN AFTER PROVIDING DOCUMENTATION FROM MY OWN DOCTOR THAT I WAS FIT FOR DUTY, THE SCHOOL STILL REFUSED TO TAKE ME BACK AND HAS ME ON PAID ADMIN LEAVE SINCE OCTOBER 4TH, 2019.  I HAVE HAD ONE OTHER

| I want this charge filed with both the EEOC and the State or local Agency, if any.  I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>**Digitally signed by Wesley Tedrow on 11-22-2019 03:37 PM EST** | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*) |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br><br>470-2020-00271 |
|---|---|---|
| **INDIANA CIVIL RIGHTS COMMISSION** *State or local Agency, if any* | | and EEOC |

TEACHING JOB AT A DIFFERENT INSTITUTION RESCINDED AND OTHERS DENIED DUE TO MISLEADING OR FALSE REFERENCE BEING PROVIDED TO THOSE INSTITUTIONS ABOUT ME.'

I BELIEVE THAT I WAS RETALIATED AGAINST AND DISCRIMINATED FOR HAVING A DISABILITY, IN VIOLATION OF THE AMERICANS WITH DISABILITIES ACT (ADA) AND FOR BEING A MALE TEACHER. UNDER ALL THESE CIRCUMSTANCES, I WANT TO FILE A CHARGE AGAINST ARLINGTON ELEMENTARY SCHOOL, BASED ON DISABILITY DISCRIMINATION AND ALSO BASED ON SEX (MALE) DISCRIMINATION, RETALIATION FOR OPPOSING A DISCRIMINATORY PRACTICE, IN VIOLATION OF TITLE VII OF THE CIVIL RIGHTS ACT OF 1964, AS AMENDED.
I ALSO BELIEVE THAT A CLASS OF EMPLOYEES HAVE BEEN DISCRIMINATED AGAINST BASED ON THEIR SEX (MALE), IN VIOLATION OF TITLE VII OF THE CIVIL RIGHTS ACT OF 1964, AS AMENDED.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **Digitally signed by Wesley Tedrow on 11-22-2019 03:37 PM EST** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*) |