**Exhibit B**

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 470-2020-03460 |

Indiana Civil Rights Commission _____ and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Wesley A. Tedrow | (317) 893-4303 | |

| Street Address | City, State and ZIP Code |
|---|---|
| 286 Melrose Lane, Greenwood, IN 46142 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| FRANKLIN TOWNSHIP COMMUNITY SCHOOL CORPORATION | 500 or More | (317) 782-4274 |

| Street Address | City, State and ZIP Code |
|---|---|
| 5814 S. Arlington Ave., Indianapolis, IN 46237 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 11-22-2019   Latest: 11-22-2019
☒ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

1. On November 22, 2019, Charging Party filed EEOC Charge Number 470-2020-00271.

2. On December 4, 2019, Arlington Elementary School (AES) notified Charging Party of its preliminary decision to cancel Charging Party's contract due to his insubordination for refusing to agree to full and unmitigated access to his entire medical/psychological medical records and because of his "lack of fitness for duty."

3. The required release violates the ADA's prohibition of disability related inquiries that are not job-related and consistent with business necessity. 42 U.S.C. 12113(d)(4)(A) and GINA's prohibit of seeking to acquire genetic information in the form of family medical history. 42. U.S.C. 2000ff-1(b).

4. Additionally, the FFD examiner did not find Charging Party as unfit for duty. Instead, the examiner specifically noted that Charging Party's FFD examination was "inconclusive" because of

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

X 8/10/20   X *Wesley A. Tedrow*
Date       Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>470-2020-03460 |
|---|---|---|

Indiana Civil Rights Commission _____ and EEOC
*State or local Agency, if any*

Charging Party's refusal to release his entire medical/psychological history/records.

5.    Charging Party submitted fitness for duty recommendations from his primary care physician and psychiatrist who both acknowledge Charging Party as fully fit for duty without restriction or accommodation.

6.    On or around December 16, 2019, FTCSC informed Charging Party his physicians' fitness for duty recommendations would be accepted and Charging Party would be reinstated to a position at another school and in a different grade level. In exchange, Charging Party would be required to sign a "Last Chance Agreement" dismissing all pending EEOC charges and relinquishing all future claims. Charging Party respectfully declined and FTCSC proceeded with the contract cancellation process.

7.    While on administrative leave, Charging Party attempted to find other teaching positions outside of the FTCSC and, in fact, had two separate job offers. However, the job offers were rescinded following false and/or misleading information provided by FTCSC during reference calls from those institutions.

8.    On or around January 13, 2020, a hearing regarding the cancellation of Charging Party's teaching contract was held in an executive session by the FTCSC School Board, FTCSC School Board attorney, and the FTCSC attorney. Charging Party and his attorney were also present at the hearing but were not previously informed that witnesses could be called and cross-examined.

9.    On or around January 23, 2020 a special School Board meeting was held and an official signed Order was issued regarding the recommendation to cancel Charging Party's contract. The vote reflects a 5-0 decision to reverse the contract cancellation, but reinstate Charging Party to a new assignment supervised by the district level administration at a date, time, and location to be determined.

10.    On or around February 5, 2020, an on-duty FTCSC police officer hand-delivered a letter to Charging Party at his place of residence outside the township. The letter directed Charging Party to report to a township middle school on February 10, 2020 for the position of "E-learning Facilitator."

11.    Charging Party arrived on February 10, 2020 and was informed by the school's principal that there was no "E-learning Facilitator" position at the middle school level. Instead, Charging Party would be covering a short-term FMLA leave for a seventh grade language teacher. Upon that teacher's return, Charging Party is to be utilized to cover teacher absences as needed for the remainder of the school year.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| x 8/10/20    x *Wesley A. Jedra* (signature)<br>Date            Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)* |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>470-2020-03460 |
|---|---|---|

Indiana Civil Rights Commission and EEOC
*State or local Agency, if any*

12. On or around February 11, 2020, Charging Party, under advisement from private counsel, emailed FTCSC Human Resource administrators of objections to the reassignment which is a demotion and breach of the Franklin Township Education Association's (FTEA) Collective Bargaining Agreement (CBA) and Charging Party's teaching contract with FTCSC.

13. Charging Party believes that Respondent discriminated and retaliated against him because of his disability in violation of the ADA.

14. Charging Party believes that Respondent discriminated and retaliated against him because of his gender and for opposing discriminatory practices in violation of Title VII of the Civil Rights Act of 1964.

15. Charging Party believes that Respondent discriminated and retaliated against him for refusing to sign a release for medical information that sought information prohibited under the ADA.

16. Charging Party believes that Respondent discriminated and retaliated against him for declining to sign a Last Chance Agreement that required immediate dismissal of pending EEOC charges and all future claims against Respondent.

17. Charging Party believes that Respondent discriminated and retaliated against him by demoting him to an unequal position rather than reinstating him to his original position upon return from leave.

---

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

x 8/10/20
Date

x Wesley A. Jedron
Charging Party Signature

NOTARY – *When necessary for State and Local Agency Requirements*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
*(month, day, year)*